**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ASCENTIUM CAPITAL L L C** | **CASE NO. 5:21-CV-00255** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **DIGITAL SIGN SOLUTIONS L L C ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER OF RELEASE

The defendant Arvin Waddles is hereby released from the custody of the U.S. Marshal Service. He is ordered to participate by video conference set for **Thursday July 27, 2023** at **2:00 p.m**. Zoom link will be sent to all parties.

THUS DONE in Chambers on this 20th day of July, 2023.

_____
Mark L. Hornsby
U.S. Magistrate Judge